R.I. Local Bankr. Form 1007-1.2

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
-------------------------------- *
In re:                            :
_Allumami Diliberc_               :
                                  :   BK No.
Debtor(s)                         :   Chapter
                                  :
-------------------------------- *

## CERTIFICATION BY PRO SE DEBTOR

On _July 9, 2015_, a voluntary bankruptcy petition was filed by the undersigned, appearing pro se and without legal counsel. Certification is hereby made that:

**CHECK EITHER ITEM 1 OR 2 ONLY. IF ITEM 2 IS SELECTED, PROVIDE NAME AND ADDRESS OF ASSISTANCE PROVIDER:**

(1) __✓_____ No persons and/or entities, other than myself/us, assisted in the preparation, typing, and/or completion of said petition and/or related schedules;

(2) _____ the following persons and/or entities constitute the only persons/entities who assisted in the preparation, typing, and/or completion of said petition and all related schedules, and represent the only sums paid by me/us for these services:

NAME AND ADDRESS OF ASSISTANCE PROVIDER          TOTAL AMOUNT PAID

_____          _____
_____
_____

I hereby certify under penalty of perjury that the above information is true and accurate to the best of my knowledge. I am aware that the providing of false or incomplete information may result in the denial of discharge in bankruptcy and/or other sanctions.

_July 9, 2015_                                   _Allumani C Miliwi_
DATE                                             SIGNATURE

                                                 Phone number ( 401 ) 871-7574