# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Annmarie DiLibero                                   Case Number: 1:15-bk-11375   Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Motion for Expedited Determination Of Motion For Order Confirming that No Automatic Stay Is In Effect (Doc. #13);

Motion For Order Confirming That No Stay Is In Effect (Doc. #12)

**OUTCOME:**

__ Granted      __ Denied      __ Approved      __ Sustained

__ Moot      __ Denied without prejudice      __ Withdrawn in open court      __ Overruled

__ OSC Enforced / Released

__ Continued to: _____  For: _____

__ Formal order / stipulation to be submitted by: _____  Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____  Expenses of: $ _____

__ No appearance / response by: _____

_____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Movant shall by 5:00 p.m. on July 15, 2015, serve copies of the above-referenced motions upon the Debtor by certified mail and by first class overnight mail addressed to the address listed on her bankrutpcy petition, and file by July 17, 2015, a certificate of service confirming such service.

IT IS SO ORDERED:

_Diane Finkle_   Dated: 7/15/15

Diane Finkle, U.S. Bankruptcy Judge